The New York and Cleveland Gas Coal Company *v.* The United Mine Workers' Association of America, The Independent Knights of Labor, John Cairns, Cameron Miller, Patrick Dolan, Owen Cruse, William Warner and Divers other Persons whose Names are Unknown, and all Members of the Association of the United Mine Workers of America and the Independent Knights of Labor.

*Equity—Equity practice—Preliminary injunction—Findings of fact—Conclusions of law.*

A decree dissolving a preliminary injunction will be set aside and the injunction reinstated by the Supreme Court where the record shows that the decree was made after a full hearing of the parties and their witnesses, but that no findings of fact were made from the evidence, and no legal

conclusi ns or other reasons in support of the decree were placed on the record by the court below.

Argued Nov. 5, 1895. Appeal, No. 224, Oct. T., 1895, by plaintiff, from decree of C. P. No. 1, Allegheny Co., June T., 1895, No. 940, dissolving preliminary injunction. Before STER-RETT, C. J., GREEN, WILLIAMS, McCOLLUM, MITCHELL, DEAN and FELL, JJ. Reversed.

Bill in equity for an injunction to restrain defendants from persuading or enticing plaintiff's employees to leave its employment.

The record showed that a preliminary injunction was granted, and that subsequently on a motion to continue the injunction evidence was heard, and the case argued. The court filed no statements of fact or conclusions of law, but simply entered the following decree :

"And now July 6, 1895, this cause came on to be heard on motion to continue the preliminary injunction heretofore granted, and upon depositions in support thereof, and argument of counsel having been heard, upon consideration thereof, the said motion is refused, and it is ordered, adjudged and decreed that the injunction heretofore granted be, and is hereby dissolved."

*Error assigned* was above decree.

*S. B. Schoyer*, *S. Schoyer, Jr.*, and *William Kaufman* with him, for appellant.

No appearance contra.

PER CURIAM, November 5, 1895 :

And now, to wit, November 5, 1895, the above appeal from a decree dissolving a preliminary injunction came on to be heard in this court; and upon examination of the record and hearing the argument of counsel it was made to appear that the decree appealed from was made after a full hearing of the parties and their witnesses, but that no findings of fact have been made from the evidence, and no legal conclusions or other reasons in support of the decree have been placed on the record by

the court below, it is now in consideration of the premises ordered, adjudged and decreed that the decree so appealed from be set aside, and the injunction reinstated with same force and effect as if the said decree had not been made. It is further ordered, adjudged and decreed that the record be remitted to the court below that the said court may proceed with the hearing of the said motion to dissolve said injunction and place the findings of fact and law, on which any further order in regard thereto may be made, on the record.